O'Donnell et al. *v.* Lehigh Navigation Coal
Company, Appellant.

Argued November 30, 1936. Before KEPHART, C. J.,
SCHAFFER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

*George P. Orlady,* with him *William Jay Turner,* for
appellant.

*Robert T. McCracken,* for appellees.

PER CURIAM, December 7, 1936:

The court below did not err in decreeing a mandatory
injunction to restore the track pending final disposition
of the case. See *Jones v. Securities Commission,* 298
U. S. 1, 16; *Easton Passenger Ry. Co. v. Easton,* 133
Pa. 505, 521; *Clark v. Martin,* 49 Pa. 289; *Cooke v.
Boynton,* 135 Pa. 102; *Whiteman v. Fayette Fuel-Gas
Co.,* 139 Pa. 492. "Equity . . . will not allow itself to

be baffled by a wrongful change while its aid is being invoked. The modern cases . . . have established the rule that the status quo which will be preserved . . . is the last actual, peaceable, noncontested status which preceded the pending controversy, and [it] will not permit a wrongdoer to shelter himself behind a suddenly . . . changed status . . .": *Fredericks v. Huber,* 180 Pa. 572. While this was said in another case on different facts it is applicable here.

Decree affirmed.